FILED BY _____ D.C.

05 MAY 10 AM 8:46

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | |
|---|---|
| Michelle Armstrong Westbrook, as Administratrix of Florence A. Payne, deceased, and on behalf of the wrongful death beneficiaries of Florence A. Payne,<br><br>        Plaintiff,<br><br>v.<br><br><br>Kindred Healthcare, Inc.; Kindred Healthcare Operating, Inc.; Kindred Nursing Centers Limited Partnership d/b/a Spring Gate Rehabilitation & Healthcare Center; and Renee B. Tutor, in her capacity as Administrator of Spring Gate Rehabilitation & Healthcare Center.<br><br>        **Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 2:05-cv-2118-B/p<br>Jury Demanded |

## GRANTING ~~PROPOSED~~ ORDER ~~REGARDING~~ PLAINTIFF'S
## ~~RESPONSE TO DEFENDANTS' MOTION TO DISMISS~~
## ~~AND~~ CROSS-MOTION TO STAY

This action came on hearing before the Court, Honorable J. Daniel Breen, District Judge, presiding, and the issues having been duly heard and a decision having been duly rendered,

It is Ordered and Adjudged:

Pursuant to 28 U.S.C. § 1447, Plaintiff timely filed a motion for remand of this action to state court. The motion to remand, as a preliminary challenge to the jurisdiction of this Court, must be considered prior to resolution of any pending motion requiring the exercise of subject matter jurisdiction. Thus, consideration of any other pending motion,

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 5-16-05

1



including Defendants' *Motion to Dismiss or in the Alternative for Summary Judgment*, will be stayed pending a decision on the motion to remand.

Dated at Memphis, Tennessee this 9th day of May, 2005.

JUDGE J. DANIEL BREEN



# Notice of Distribution

This notice confirms a copy of the document docketed as number 25 in case 2:05-CV-02118 was distributed by fax, mail, or direct printing on May 16, 2005 to the parties listed.

---

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Deborah Whitt
BAKER & WHITT PLLC
6800 Poplar Ave.
Ste. 205
Memphis, TN 38138

Cameron C. Jehl
WILKES & McHUGH- Little Rock
425 West Capitol Ave.
Ste. 3500
Little Rock, AR 72201

F. Laurens Brock
CHAMBLISS BAHNER & STOPHEL
Two Union Square
1000 Tallan Bldg.
Chattanooga, TN 37402

Darrell E. Baker
BAKER & WHITT PLLC
6800 Poplar Ave.
Ste. 205
Memphis, TN 38138

Brian Reddick
WILKES & MCHUGH, P.A.
425 West Capitol Avenue
Ste. 3500
Little Rock, AR 72201

William Lee Maddux
CHAMBLISS BAHNER & STOPHEL
Two Union Square
1000 Tallen Bldg.
Chattanooga, TN 37402

Honorable J. Breen
US DISTRICT COURT